## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **MSP RECOVERY CLAIMS, SERIES, LLC, et al.,** | ) | **CASE NO. 1:18CV2273** |
| | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **PROGRESSIVE AMERICAN INS. CO., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has filed its OPINION AND ORDER granting Defendants' Renewed Motion for Summary Judgment in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**


 s/Christopher A. Boyko
**HONORABLE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**